FILED

2003 NOV 20 P 2: 03

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA WENGER,<br>    PLAINTIFF, | : | CIVIL ACTION NO. 02CV1895(SRU) |
| vs. | : | |
| WATERBURY BOARD OF EDUCATION,<br>    DEFENDANT. | : | November 19, 2003 |

### MOTION FOR MODIFICATION OF PARTIES' PLANNING REPORT

The parties jointly request an extension of time within which to complete discovery in this case, up to and including May 30, 2004. The discovery period in this case is presently scheduled to close on November 30, 2003. The parties submit that good cause exists for this request based on the following:

1. In addition to this federal lawsuit, the plaintiff has a claim pending before the Connecticut Commission on Human Rights and Opportunities (hereinafter "CHRO") stemming from the same allegations in the federal complaint. The parties have been working with the CHRO through mediation in an effort to resolve all claims.

2. At this juncture, however, the parties have proceeded as far as they can go with the CHRO and the plaintiff intends to

request her right to sue and amend the federal complaint to include the CHRO claims.

3.   Although the parties intend to continue settlement discussions, they request the opportunity to take several depositions in this case.  Both sides have served interrogatories and requests for production and have complied with those requests.  Each party now needs additional time to take several depositions.

WHEREFORE, inasmuch as this case is not presently scheduled for trial and the parties are in agreement as to this request for an extension of time, they respectfully move that the motion be granted.

>                          DEFENDANT,
>                          WATERBURY BOARD OF EDUCATION
>
>                          BY _____
>                          Michelle Holmes
>                          Federal Bar Number: ct20014
>                          Sack, Spector & Karsten
>                          836 Farmington Avenue
>                          West Hartford, CT 06119
>                          Attorney for Defendants

2

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of November, 2003, to the following counsel of record:

Gary Phelan, Esquire
Klebanoff & Phelan PC
433 South Main Street, Suite 117
West Hartford, CT  06110

_____
Michelle Holmes

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776