FILED

2003 NOV 20 P 2: 03

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA WENGER,                             : CIVIL ACTION NO. 02CV1895(SRU)
   PLAINTIFF,

vs.                                       :

WATERBURY BOARD OF EDUCATION,
   DEFENDANT .                            : November 19, 2003

## MOTION FOR MODIFICATION OF PARTIES' PLANNING REPORT

The parties jointly request an extension of time within which to complete discovery in this case, up to and including May 30, 2004. The discovery period in this case is presently scheduled to close on November 30, 2003. The parties submit that good cause exists for this request based on the following:

1. In addition to this federal lawsuit, the plaintiff has a claim pending before the Connecticut Commission on Human Rights and Opportunities (hereinafter "CHRO") stemming from the same allegations in the federal complaint. The parties have been working with the CHRO through mediation in an effort to resolve all claims.

2. At this juncture, however, the parties have proceeded as far as they can go with the CHRO and the plaintiff intends to

Motion Granted.
Discovery cutoff date May 30, 2004
Dispositive Motions Due by June 30, 2004
SO ORDERED
Stefan R. Underhill, U.S.D.J.
11/25/03

SACK, SPECTOR AND KARSTEN, LLP • *ATTORNEYS AT LAW*
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776