UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA WENGER, | : | CV NO. 02CV1895(SRU) |
|     PLAINTIFF, | | |
| vs. | : | |
| WATERBURY BOARD OF EDUCATION, | | |
|     DEFENDANT . | : | JUNE 28, 2004 |

### SECOND MOTION FOR MODIFICATION
### OF PARTIES' PLANNING REPORT

The parties jointly request an extension of time within which to complete discovery in this case, up to and including **August 30, 2004** and until **September 30, 2004** to file dispositive motions. The parties submit that good cause exists for this request based on the following:

1. An extension of the original discovery deadline of November 30, 2003 was granted until May 30, 2004 within which to complete discovery, and until June 30, 2004 within which to file dispositive motions. The reasons for the requested extension was so the parties could explore the possibility of mediating this matter and to discuss settlement. A fact finding hearing was scheduled but was then cancelled after attempts to settle this case failed.

2.    In the months of April and May 2004, the undersigned's law practice was put on hold as she attended to caring for her mother who was very ill and ultimately passed away on May 13, 2004.  During this period of time, numerous email communications and phone calls between counsel occurred, and an agreement was made that Attorney Phelan's office would file a joint request for modification of the Parties Planning Report asking for an additional sixty days to complete discovery.  This email message was had on or about May 21, 2004.

3)    The undersigned has recently returned to her law practice and after a review of the PACER system has been alerted that no such motion for modification was ever filed.

4)    At this time, it does not seem as though settlement discussions will be fruitful, and the parties request the opportunity to take several depositions in this case.  Both sides have served interrogatories and requests for production and have complied with those requests.  Each party now needs additional time to take several depositions.

5)    The office of the undersigned has made attempts over the past several days to communicate directly with Attorney

Phelan to discuss the instant motion.  On May 21, 2004 counsel agreed to file this motion as a joint request, and the undersigned has no reason to believe that Attorney Phelan's position has changed since that time.

WHEREFORE, inasmuch as this case is not presently scheduled for trial and the parties are in agreement as to this request for an extension of time, they respectfully move that the motion be granted.

                                              DEFENDANT,
                                              WATERBURY BOARD OF EDUCATION


                                              BY_____
                                                  Michelle Holmes
                                                  Federal Bar Number: ct20014
                                                  Sack, Spector & Karsten
                                                  836 Farmington Avenue
                                                  West Hartford, CT 06119
                                                  Attorney for Defendants

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 28th day of June, 2004, to the following counsel of record:

Gary Phelan, Esquire
Klebanoff & Phelan PC
433 South Main Street, Suite 117
West Hartford, CT  06110

_____
Michelle Holmes

```
Clerk's Office
United States District Court
915 Lafayette Blvd.
Bridgeport, CT  06604
```