UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA WENGER, | : | CIVIL CASE NO. |
|    PLAINTIFF, | : | 02CV1895(SRU) |
| | : | |
| VS. | : | |
| | : | |
| WATERBURY BOARD OF EDUCATION, | : | |
|    DEFENDANT. | : | JUNE 30, 2004 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw her individual appearance (Federal Bar No. ct 24368) in connection with the above-referenced action, as she has joined the law firm of Gesmonde, Pietrosimone & Sgrignari, LLC and no longer represents the plaintiff in this matter. The undersigned represents that Attorney Gary E. Phelan, of Outten & Golden, LLP, 4 Landmark Square, Suite 201, Stamford, CT 06908 who also has an appearance in this case, should, accordingly, receive all future communications from the court.

Respectfully Submitted,

By: _____
Krista A. Dotson ct 24368
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518
Tel. 203-407-4200

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Permission to Withdraw Appearance has been mailed, postage prepaid, this 30th day of June, 2004, to the following counsel of record:

Michelle Holmes, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119


Gary E. Phelan, Esq.
Outten & Golden, LLP
4 Landmark Square, Suite 201
Stamford, CT 06908

Linda Wenger
45 Wyldewood Road
Easton, CT 06612 (Plaintiff)

_____
Krista A. Dotson

2