## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Linda Wenger

    v.                                3:02 CV1895  SRU

Waterbury Board of Education

## **JUDGMENT**

    Notice having been sent to all counsel of record on September 1, 2004, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before September 30, 2004.

    No closing papers having been received and no requests for continuance having been received, it is hereby,

    ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut, this 8th day of October, 2004.

                                                           KEVIN F. ROWE, Clerk

                                                           By /s/ Alice Montz
                                                                  Deputy Clerk